Siomkos v Nouinou (2025 NY Slip Op 51619(U))

[*1]

Siomkos v Nouinou

2025 NY Slip Op 51619(U)

Decided on October 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through October 21, 2025; it will not be published in the printed Official Reports.

Decided on October 16, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., Perez, Alpert, JJ.

570118/24
Stella Siomkos, Plaintiff-Respondent,
against
Fatima Zohra Nouinou, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York County (Anna R. Lewis, J.), entered March 7, 2025, which granted plaintiff's motion to restore the matter to the calendar.

Per Curiam.
Order (Anna R. Lewis, J.), entered March 7, 2025, affirmed, without costs.
Given the strong public policy of this State to dispose of cases on the merits (see Chevalier v. 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 414 [2011]), we find that Civil Court providently exercised its discretion in granting plaintiff's motion to restore to the calendar. Plaintiff demonstrated a reasonable excuse for her lateness at the conference, her default was not intentional or prejudicial and she immediately moved to restore the action the day after it was dismissed. The record also shows the existence of a potentially meritorious cause of action for an unpaid loan (see Siomkos v Nouinou, 84 Misc 3d 132[A], 2024 NY Slip Op 51705[U] [App Term, 1st Dept 2024]).
We have considered defendant's remaining contentions and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 16, 2025